**STATE of Missouri, Respondent,**

v.

**Willie HENDERSON, Appellant.**

**No. ED 74317.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 7, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 10, 1999.

Application to Transfer Denied
Dec. 21, 1999.

Craig A. Johnston, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay), Nixon, Atty. Gen.,
Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for Respondent.

1. All further statutory references will be to RSMo 1994 unless otherwise indicated.

Before PAUL J. SIMON, P.J. and KATHIANNE KNAUP CRANE and LAWRENCE E. MOONEY, JJ.

## *ORDER*

PER CURIAM.

Willie Henderson appeals his sentence based upon a finding by the jury of guilty of murder in the second degree, section 565.020.1 RSMo 1994, robbery in the first degree, section 558.011.1(1) RSMo 1994, and two counts of armed criminal action, section 571.015.1 RSMo 1994.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b).